# United States District Court
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 3:24-CR-0377-S |
| | § | |
| ZECHARIAH YI (4) | § | |

### ORDER ACCEPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE CONCERNING PLEA OF GUILTY

After reviewing all relevant matters of record, including the Report and Recommendation Concerning Plea of Guilty of the United States Magistrate Judge, and no objections thereto having been filed within 14 days of service in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Report and Recommendation of the Magistrate Judge concerning the Plea of Guilty is correct, and it is hereby accepted. Accordingly, the Court accepts the plea of guilty, and **ZECHARIAH YI**, is hereby adjudged guilty of **Count 3 of the Indictment,** that is **Receiving a Bribe by a Public Official, Aiding and Abetting,** in violation of **18 U.S.C. § 201(b)(2) and 2.** Sentence will be imposed in accordance with the Court's Scheduling Order.

The Court adopts the findings of the United States Magistrate Judge by clear and convincing evidence that the Defendant is not likely to flee or pose a danger to any other person or the community if released and should therefore remain released under 18 U.S.C. § 3142(b) or (c).

**SO ORDERED.**

SIGNED December /7, 2025.

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**